UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MEEKS,         )
                       )
        Plaintiff,     )      Case No. 1:05-cv-172
                       )
v.                     )      Honorable Wendell A. Miles
                       )
KENNETH McKEE,         )
                       )
        Defendant.     )
_____)

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's motion for discovery (docket #3) is DENIED.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal.  28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated: May 4, 2005                    /s/ Wendell A. Miles
                                      Wendell A. Miles
                                      Senior U.S. District Judge